# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JOCELYN EVANS, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:17-CV-00021 |
| | § | JUDGE MAZZANT/JUDGE JOHNSON |
| v. | § § | |
| SELECT PORTFOLIO SERVICING, INC., | § § | |
| Defendant. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 14, 2017, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion for Summary Judgment (Dkt. #14) be granted, and Plaintiff's claims be dismissed with prejudice. On August 22, 2017, the Magistrate's report, mailed to Plaintiff Jocelyn Evans, was returned to the Court marked as unclaimed and unable to forward (Dkt. #24). Having received the report of the United States Magistrate Judge (Dkt. #23), and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and hereby adopts the Magistrate Judge's report (Dkt. #23) as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant's Motion for Summary Judgment (Dkt. #14) is **GRANTED**. Plaintiff Jocelyn Evans' claims are dismissed with prejudice.

**IT IS SO ORDERED.**

**SIGNED this 29th day of August, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE